THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT YOUKON, MILTON YOUKON, NICHOLAS YOUKON, PETER YOUKON, DOROTHY YOUKON, BLANCHE YOUKON and HELEN YOUKON, Appellants.

Submitted April 11, 1955; decided April 14, 1955.

*Jacob W. Friedman* for motion.
No one opposed.

Motion granted and case set down for argument during the May, 1955, session of the Court of Appeals.